Lloyd A. CASH, Appellant,

v.

J. D. RICHARDS, Appellee.

Court of Appeals of Kentucky.

June 17, 1955.

J. Wood Vance, Jr., Glasgow, Sam Cary, Burkesville, Harlan E. Judd, Burkesville, for appellant.

John Sam Cary, Burkesville, for appellee.

PER CURIAM.

We are affirming the judgment for $248 because there is no merit in appellant's sole contention that there was no evidence showing that he was negligent on the occasion of the accident.

The motion for an appeal is overruled, and the judgment stands affirmed.